UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELSIE ESTEFANIA,

                            Plaintiff,

-against-

ANTHONY LA MARCO, ATLANTIC EXPRESS
TRANSPORTATION CORP. and LOCAL 1181,
AMALGAMATED TRANSIT UNION, AFL-CIO,

                            Defendants.
----------------------------------------------------------------X

JUDGMENT
03-CV-3305 (SJF)

      An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on March 23, 2006, adopting and affirming the Report and Recommendation of Magistrate Judge Lois Bloom, dated December 19, 2005, dismissing the complaint in its entirety pursuant to Rules 16(f) and 37(b)(2)(C); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted and affirmed; and that the complaint is dismissed in its entirety pursuant to Rules 16(f) and 37(b)(2)(C).

Dated: Brooklyn, New York
       March 24, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court